STEPHANIE S. CHRISTENSEN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ROBERT F. CONTE (Cal. Bar No. 157582)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6607
    Facsimile: (213) 894-0115
    E-mail: robert.conte@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PAMELA FISHER,<br><br>    Defendant. | Civil No. CV 19-9988CAS(JEMx)<br><br>[proposed] JUDGMENT |

**JUDGMENT**

Based on the stipulation of the parties and for good cause:

IT IS ORDERED that pursuant to 31 U.S.C. Section 5321, defendant, Pamela Fisher, is liable to the United States for the non-willful FBAR penalty for the years 2011 and 2012 in the amount of $10,000.00 for each year, plus the late payment penalty and interest pursuant to 31 U.S.C. Section 3717 that continue to accrue from the date of assessment on July 20, 2017, as provided by law.  Post-judgement interest shall accrue as provided by law pursuant to 28 U.S.C. Section 1961.

1

    IT IS FURTHER ORDERED that Pamela Fisher is not liable to the United States for a non-willful FBAR penalty for the year 2013.

    IT IS FURTHER ORDERED that pursuant to 31 U.S.C. Section 5321, defendant, Pamela Fisher, is liable to the United States for the non-willful FBAR penalty for the year 2014 in the amount of $5,624.52, plus the late payment penalty and interest pursuant to 31 U.S.C. Section 3717 that continue to accrue from the date of assessment on July 20, 2017, as provided by law.  Post-judgement interest shall accrue as provided by law pursuant to 28 U.S.C. Section 1961

    IT IS FURTHER ORDERD that entry of this judgment shall resolve all issues in the case and the parties will bear their own costs and fees, including attorney's fees.

    IT IS SO ORDERED.

Dated: July 21, 2022

*Christina A. Snyder*

HONORABLE CHRISTINA A. SNYDER
United States District Judge

2